United STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2022 AUG 12 PM 12:28

Steven L Smith,
  Plaintiff
vs                                    Docket #
Haley Curie, Clerk
OF U.S. Court
Dennis P. McManus,
Clerk of Worcester Court
Robert Creedon JR,                    August 10, 2022
Clerk of Brockton Court
Major Murphy, Major
At Barnstable Jail
(All in official and Individual
Capacity)

## Motion of Civil Complaint Under U.S.C. 42 § 1983

1) The plaintiff is a pre-trial detainee held at Nashua Street Jail, 200 Nashua Street, Boston, MA 02114

2) The defendant Haley Curie is a U.S. District Court clerk, at 1 Courthouse Way, Boston, MA 02210.

3) Dennis P. McManus is a clerk at Worcester Superior Court, 225 Main Street, Worcester, MA 01608

4) Robert Creedon Jr. is a clerk of Brockton Superior Court, 72 Belmont St, Brockton, MA 02301

CIVIL Complaint                          Page 2

5) Major Murphy is a Major at the Barnstable County Jail, 6000 Sheriff's Place, Buzzards Bay, MA 02543

6) The Plaintiff has the following ongoing civil actions:
   1) Smith vs Dr. Margarita Daou 1:21-CV-12056 (DJC) in U.S. District Court.
   2) Smith vs Dr. Margarita Daou 2285-CV-00686 in Worcester Superior Court
   3) Smith vs Ryan J. Matthews 2183-CV-00985

   AND These cases either dismissed or pending due to the failures of the defendants:
   4) Smith vs Matthew D. Bober 2283-CV-00110
   5) Smith vs Ellen J. Garnett No docket
   6) Smith vs Matthews D. Bober Refiled / No Docket

## FACTS OF COMPLAINT

7) The plaintiff has been a Pre-Trial Detainee, unable to post 30,000 cash bail, for 4 years, for a horrible crime that he did not committ.

Civil Complaint                                        Page 3

8) Yet, I have had 8, Court Appointed Attorney's, All unwitting to File A Motion to DISMISS That will include These undisputed facts!

    A) Det. Lobur committed blatant perjury to gain plaintiff's indictment.

    B) Det. Lobur Assisted D.A. Patterson to unethically and maliciously withheld exculpatory evidence that was Available at time of presentment.

9) Ergo, I want to sue, three of my prior Attorneys for Their intentional & willful Refusal to submit A Motion to Dismiss That will impeach The police And district Attorney for Their corrupt practices.

10) One of Them, Ryan J. Matthews, Actually managed to convince The Court and court doctors That I'm incompetent — in order to prevent me from Representing myself and filing an O'Dell Motion Pro Se.

11) I can prove These Allegations are Not delusional or paranoid statements, because Carla G. Muñoz, PhD. Recently evaluated me at Solomon Fuller-Carter, and wrote on Page 7 that I am Not delusional or paranoid, but that I made

CIVIL COMPLAINT                              Page 4

Reality-based arguments and presented legal documents to convince her, A forensics psychologist, THAT the police, district Attorney, and alleged victim All lied or withheld exculpatory evidence to gain my indictment. (See Exhibits - Pages from Dr. Munoz June 2022 EVALUATION OF CST)

12) In June 2022, Judge Gildea <u>Reversed</u> his Ruling that Declared me <u>incompetent</u>, and declared me to be <u>competent</u>. Yet, when I moved to fire Ellen J. Garnett and Represent myself... Judge Gildea Removed her <u>but</u> Appointed Another Attorney <u>Against</u> my will, Mr. Stephen Loesch.

13) <u>Judge Gildea directed Mr. Loesch to file an O'Dell Motion.</u> Really??? I have copies of many letters to Ryan Matthews, <u>many months</u> prior to him Raising issues with my competency, directing him to file An O'Dell Motion ASAP (see Exhibits) i.e. To Attorney Ryan J. Matthews. Instead of filing an O'Dell Motion That would include Det. Lobur's blatant perjury and the blatant unethical presentment... He got me found incompetent <u>All</u> so I could not file the O'Dell myself.

14) I did Not want Mr. Loesch to prepare the O'Dell, as I knew, he would Also exclude how Det. Lobur committed perjury... (Please see Mr. Loesch O'Dell MOTION Attached)

15) Dr. Muñoz Ph.d.'s EVALUATION OF CST dated 6-2022 AND ATTORNEY Stephen Loesch DRAFT O'Dell MOTION OF JULY 2022, PROVE All OF My ALLEGATIONS ARE TRUE.

IN THAT, NONE OF My prior ATTORNEY'S WOULD DO WHAT Mr. Loesch did — yet he's only been on My case 2 months...
However, he Also doesn't argue the bedrock O'Dell grounds that I have:

    1) Det Lobur committed perjury to gain an indictment.
    2) The District Attorney had exculpatory evidence to prove I did not commit the crime at time of presentment but intentionally And unethically excluded it to gain my indictment.

16) Ryan J. Matthews got me sent to Worcester Recovery Center and Hospital, twice, for EVALS OF CST.

Civil Complaints                    Page 6

YET, INCREDIBLY AND IN GROSS VIOLATION OF MY CIVIL RIGHTS I WAS CERTIFIED AS MENTALLY ILL, DANGEROUS, AND IN Need of psychiatric hospitalization upon entry

Despite the fact I was declared Competent by two doctors At B.S.H, (Pamela Howard Psy.d And Ariel Ingber Psy.d) And the fact Judge Gildea himself sent me to W.R.C.H to be evaluated for CST as I was NOT dangerous, mentally ill, or in Need of psychiatric hospitalization.

I was Also Assaulted At W.R.CH by A 19 year old... STAFF let it happen, caused it to happen, then covered it up.. And I have proof as my Complaint on the issue was substantiated by the Chief executive officer, Jaqueline Ducharme, of W.R.CH.

The Harms Caused by The Clerks:
    Halle Currie
17) I filed An ACTION Against W.R.CH in U.S. District Court, Smith vs Dr. Daou, et Al last 12-16-21 And Received docket # 1:21-CV-12056(DJC)
   However, Despite Numerous letters And MOTIONS to Clerk Halle Currie

Civil Complaint        Page 7

She only replied once, to inform me to be patient.
I also mailed her a 100.00 check (someone gave me money at Solomon-Carter-Fuller) towards the file fee. And NO acknowledgement came. Nor does the docket reflect it.

I assert she intentionally ignored it, as she doesn't want to file this Action.

18) Defendant Curie also doesn't answer letters, the Docket entries reflect I sent her numerous letters yet none are answered except 1 reply 6 months ago, to be patient.

19) I assert, this Refusal by Clerk Haley Curie, to reply and file this Action 1:21-CV-12056 (DJC) is a denial of access to the Courts. I have a valid, and non-frivolous Complaint against W.R.C.H staff yet I cannot serve the defendants due to the clerk's failure to perform their duty.

20) Robert S. Creedon, Jr Clerk of Brockton Court has also failed to respond to plaintiff's letters and motions, causing his Action, Smith vs Matthew D. Bober, 2283-CV-00110 to be

dismissed!

A) I was given the docket # 2283-CV-00110 and leave to serve the complaint. It took over 1½ month to learn I needed to serve the defendant Certified Mail with the Summons and copy of Complaint.

B) Several weeks more were spent proving to Major Murphy I needed to send the Complaint via Certified Mail Return Reciept and getting the Barnstable Jail to pay.

C) I actually had to file a Complaint against the Sheriff Cummings just to get it done and was transferred soon after.

D) Major Murphy assured me that he would forward the Green Card with Mr. Bober's signature once he received it... I never received it.

E) So I began writing to clerk Robert S Creedon, Jr... I wrote him for over 2 months, I even submitted a Motion that I did NOT receive the Green Card... Nevertheless I did receive Notice my Action was dismissed for failure to serve Mr. Bober.

Civil Complaint                              Page 9

F) Over 1½ months Ago I Refiled Smith vs Bober. I also filed Another Action Against my other former Attorney, Ellen J. Garrett.

<u>To date</u>, I've Not Received Any Acknowledgement that these filings have been received.

21) Mr. Creedon Jr. Also doesn't reply to Any Motions or letters in my case Smith vs Matthews (Ryan) that is pending for A Rule 12 Hearing August 18, 2022...

<u>I MUST Spend All my sparse funds on postage to write these clerks yet NO Answers Are Forthcoming.</u>

22) Clerk <u>Dennis P. McManus</u> of Worcester Court is Also <u>Not</u> Responding... I have been writing to him since Mid June 2022, since I was given A docket #<u>2285-CV-00686</u> in my case against <u>Dr. Daou</u>, et Al.

I Need copies of the Complaint And SUMMON Forms to serve is defendants, I sent All Kinds of letters And MOTIONS Asking for them to do so...

Civil Complaint                            Page 10

I Also had family members call The Clerk's office. AND yet, here its 8-8-2022, And I have NOT been sent Summons or copies of The Complaints to serve The ACTION by Clerk.

23) MAYOR MURPHY Never sent the Green Card or informed me That it was NOT Returned. So I'm left to wonder, did The Green Card get signed by Mr. Bober and Murphy didn't sent it — or did Mr. Bober NOT sign it.

### Redress

I seek a Court order to Direct These clerks to Answer The plaintiff and assist him in filing These Actions.

Respectfully,

_Steven L Smith_

Steven L Smith
#2203270
Suffolk County Jail
200 Nashua Street
Boston, MA 02114
02114