FILED IN CLERKS OFFICE
2022 AUG 12 PM 12: 29

Clerk, U.S. Court  
1 Courthouse Way  
Boston, MA 02210

Steven Smith  
#2203270  
Boston, MA 02114

8-10-22

Dear Clerk-

I've been determined to be indigent several times. I've been held pre-TRIAL unable to post bail for 4 years w/o income.

In my case, ~~docket~~ 1:21-CV-12056 DJC I sent my inmate Acct sheet and I am STILL Awaiting an Answer.

I'm submitted A Request for EXIGENT COURT order as I'm Being Denied ACCESS TO The COURTS.

I had A case Dismissed as The clerk did not answer, And other cases I can't serve The parties as Clerks don't answer.

Thank-You.

Please send me A copy of This Filing - Including All Attached